PROB 35

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 2:96CR00526-01 |
| ) | |
| **Billy ELLIS** ) | |
| ) | |

On February 15, 2001, the above-named was placed on a term of supervised release for a period of 60 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins

**RICHARD W. ELKINS
United States Probation Officer**

Reviewed by:   /s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from the term of supervised release, and that the proceedings in the case be terminated.

```
DATED:  December 6, 2005
                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

RWE:kms

Attachment: Recommendation

cc: United States Attorney's Office

Rev. 06/2004
PROB35.MRG